BEFORE THE SECOND DIVISION, JUNE 28, 1965

No. 69425.—Unex Products Corp. *v.* United States, protests 62/19660, etc. (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of spark plugs similar in all material respects to those the subject of *Lodge Spark Plug Co.* v. *United States* (49 Cust. Ct. 158, C.D. 2379), the claim of the plaintiff was sustained.

No. 69426.—Humphrey & MacGregor, Inc. *v.* United States, protests 62/6485, etc. (Tampa).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of galvanized steel tubes, not less than 0.065 of an inch in thickness and ⅜ of an inch in diameter, which are either lab-welded, butt-welded, seamed, or jointed, and that the issue is similar in all material respects to that involved in *Amerlux Steel Products Corp. et al.* v. *United States* (52 Cust. Ct. 83, C.D. 2441), the claim of the plaintiff was sustained, except as to certain items which were abandoned and, accordingly, dismissed.